# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MORTON, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 20-5196 |
| TECHO-BLOC CORPORATION, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 9th day of March, 2021, upon review of Plaintiff's Motion for Default Judgment, and after a hearing being held, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Default Judgment (Docket No. 5) is **GRANTED**; and

2. Judgment is **ENTERED** in favor of Plaintiff, John Morton, and against Defendant, Techo-Bloc Corporation, in the amount of $37,765.05. This amount is broken down as follows: back wages in the amount of $28,876.60, compensatory/emotional distress damages in the amount of $5,000, and attorneys' fees and costs in the amount of $3,888.45.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.