# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MORTON | : CIVIL ACTION NO. 20-5196 |
| Plaintiff, | : |
| v. | : |
| TECHO-BLOC CORPORATION | : |
| Defendant. | : |

## PRAECIPE TO SATISFY JUDGMENT

TO THE CLERK OF COURT:

Kindly mark the Judgement entered in this matter as SATISFIED.

Respectfully submitted,

**MURPHY LAW GROUP, LLC**

By: */s/Michael Murphy, Esq.*
Michael Murphy, Esq.
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
Phone: (267) 273-1054
murphy@phillyemploymentlawyer.com
*Attorney for Plaintiff*

Dated: June 28, 2021

## Certificate of Service

I, Michael Murphy, Esquire, hereby certify that on June 28, 2021, I caused a true and correct copy of the foregoing to be sent via first-class mail to the following Defendant:

TECHO-BLOC CORPORATION
23 Quarry Road
Douglassville, PA 19518

/s/Michael Murphy, Esq.
Michael Murphy, Esq.

Dated: June 28, 2021